# United States Court of Appeals
## For the First Circuit

---

Nos. 01-2131
     02-1434

HARRY YOHE,
Plaintiff, Appellant,

v.

PETER NUGENT; WORCESTER TELEGRAM AND GAZETTE;
KATE WALSH and NASHOBA PUBLICATIONS, INC.,
Defendants, Appellees

and

WILLIAM MAY, CHIEF OF TOWNSEND POLICE DEPARTMENT,
TOWNSEND TRILOGY and CITY OF TOWNSEND,
Defendants, Appellees.

---

ERRATA SHEET

The opinion of this Court issued on February 26, 2003 is amended as follows:

On page 9, lines 16-18, the quotation is inaccurately reproduced; "was" should be inserted between "opinion" and "sufficiently," and should be deleted between "opinion" and "must."